JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ELIZABETH FALK, Bar No. 215236
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Elizabeth_Falk@fd.org

Counsel for Defendant Cervantes Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN CERVANTES ALVAREZ,<br><br>Defendant. | **Case No.:** CR 20–259 CRB<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Court:**          Courtroom 6, 17th Floor |

For the reasons stated in the Government's Sentencing Memorandum, the Court should impose the 36-month, fully concurrent sentence to the referenced state court proceeding.  Specifically, the parties' negotiated disposition takes into account a number of factors, including the lengthy state sentence the defendant is already serving, as well as the virtually certain result of deportation should that sentence ever expire.  The jointly proposed disposition and the overall sentence that the defendant will serve in federal custody, concurrent with his very lengthy sentence in state custody appropriately accounts for the sentencing factors enunciated under 18 U.S.C. § 3553(a), including the need for deterrence and protection of the public.

DEFENDANT'S SENTENCING MEMOANDUM
*CERVANTES ALVAREZ*, CR 20–259 CRB

1

2

3

4    Dated:      April 4, 2025                          Respectfully submitted,

5                                                        JODI LINKER
                                                         Federal Public Defender
6                                                        Northern District of California

7                                                                        /S
                                                         _____
8                                                        ELIZABETH FALK
                                                         Assistant Federal Public Defender

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28